IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

STEPHEN JAMES BONE
ADC #160527                                                                                                PLAINTIFF

Case No. 5:15-cv-00384-KGB-JTK

BENJAMIN WEEKS, *et al.*                                                                    DEFENDANTS

## ORDER

The Court has reviewed the first Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney and the second Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. Nos. 7, 25). Plaintiff Stephen James Bone has filed no objections to the first or second Proposed Findings and Recommendations, and the time for filing objections has passed. After careful consideration of the first and second Proposed Findings and Recommendations, the Court concludes that both the first and second Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. Nos. 7, 25).

Therefore, the Court dismisses with prejudice defendant Arkansas Department of Correction for Mr. Bones's failure to state a claim against the Arkansas Department of Correction upon which relief may be granted (Dkt. No. 7), dismisses without prejudice defendant Weeks for Mr. Bones's failure to state a claim against defendant Weeks upon which relief may be granted (Dkt. No. 7), and grants defendants' motion for summary judgment dismissing without prejudice this case as to the remaining defendants due to Mr. Bones's failure to exhaust his administrative remedies (Dkt. No. 20).

So ordered this 27th day of February, 2017.

                                                                                                   _____
                                                                                                   Kristine G. Baker
                                                                                                   United States District Judge