IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

**STEPHEN JAMES BONE**
**ADC #160527**                                                                                           **PLAINTIFF**

Case No. 5:15-cv-00384-KGB-JTK

**BENJAMIN WEEKS,** *et al*.                                                                 **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered on this day, it is considered, ordered, and adjudged that this case is dismissed with prejudice as to defendant Arkansas Department of Correction for plaintiff Stephen James Bones's failure to state a claim against the Arkansas Department of Correction upon which relief may be granted, dismissed without prejudice as to defendant Weeks for Mr. Bones's failure to state a claim against defendant Weeks upon which relief may be granted, and dismissed without prejudice as to the remaining defendants based on defendants' motion for summary judgment and due to Mr. Bones's failure to exhaust his administrative remedies.

So adjudged this 27th day of February, 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge